IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANINE MCFARLAND,

                    Plaintiff(s),

       v.

THOMAS J. VILSACK,
Secretary of Agriculture,

                  Defendant(s).

Civil No. 03:16-cv-01947-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Defendant's Unopposed Motion to Dismiss [75] is GRANTED and this action is DISMISSED with prejudice and with each side bearing its own costs, fees and expenses.  Pending motions, if any, are DENIED AS MOOT.

Dated this 22nd day of July, 2020.

by    /s/ Jolie A. Russo
            Jolie A. Russo
            United States Magistrate Judge